**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

CHARLES MICHAEL HEDLUND,
*Petitioner-Appellant*,

v.

CHARLES L. RYAN,
*Respondent-Appellee*.

No. 09-99019

D.C. No.
2:02-cv-00110-DGC

ORDER

Filed September 4, 2014

Before: Kim McLane Wardlaw, Carlos T. Bea,
and N. Randy Smith, Circuit Judges.

## ORDER

Appellant's petition for panel rehearing and for rehearing en banc, filed June 13, 2014, remains pending. The panel will stay proceedings on the petition for panel rehearing and petition for rehearing en banc pending resolution of en banc proceedings in *McKinney v. Ryan*, 730 F.3d 903 (9th Cir. 2013), *rehearing en banc granted*, 2014 WL 1013859 (Mar. 12, 2014).

**IT IS SO ORDERED.**